# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. LONGCOR,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-02059-SKO (PC)<br><br>ORDER STRIKING UNSIGNED FILING AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Bernadette Gray, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 24, 2014. However, Plaintiff failed to sign her complaint and unsigned filings cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, Plaintiff's complaint is ORDERED STRICKEN from the record and she shall file a signed complaint within **thirty (30) days** from the date of service of this order. **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:  **January 5, 2015**              /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28